UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:13-cr-0250-TWP-MJD |
| | ) | |
| TYLER HERB JENKINSON, | ) | - 01 |
| | ) | |
| Defendant. | ) | |

**AMENDED REPORT AND RECOMMENDATION
ON PETITION ALLEGING VIOLATION OF SUPERVISED RELEASE**

On November 23, 2016, the Magistrate Judge issued a Report and Recommendation on a petition alleging Defendant Tyler Jenkinson violated the terms of his supervised release. Defendant admitted these violations, and the Magistrate Judge determined that the appropriate sentence should be 18 months imprisonment, concurrent to the 140-month sentence Judge Larry J. McKinney imposed in *USA v. Jenkinson*, 1:16-CR-81. The Magistrate Judge further found that, following imprisonment, 25 years of supervised release was appropriate. [Filing No. 55.]

In order to achieve a 25-year term of supervised release, the Magistrate Judge recommended a five-year term of supervised release to run concurrently to the 25-year term of supervised release imposed by Judge Tanya Walton Pratt in the instant case. In response, the Government filed an objection, arguing in relevant part that, based upon guidance from the U.S. Parole and Probation Office, the Magistrate Judge should have re-imposed the 25-year term of supervised release.[1] [Filing No. 56, at ECF p.4.] Defendant responded to this portion of the Government's objection by arguing that the Magistrate Judge did re-impose the 25-year

---

[1] The Government further argues that the Court should add an additional five years of supervised release, and that the 18-month term of imprisonment should be served consecutively to the term of imprisonment Judge McKinney imposed. These issues are for the District Judge to resolve in ruling on the Government's objection.

period of supervised release.  [Filing No. 57, at ECF p. 1.]

Based upon the foregoing, the Magistrate Judge takes this opportunity to clarify and amend the November 23, 2016, Report and Recommendation.  The Report and Recommendation should have more clearly stated that the Magistrate Judge is recommending Defendant receive an 18-month term of imprisonment, to be served concurrently with the 140-month term of imprisonment imposed by Judge McKinney, followed by 25 years of supervised release.  The Magistrate Judge need not reiterate all the reasoning for this recommended disposition, which was fully explained in the November 23, 2016, Report and Recommendation.  Suffice it to say that the record unmistakably demonstrates Judge McKinney already enhanced Defendant's sentence based upon the factual allegations in the petition.  [Filing No. 55, at ECF p. 4.]

To achieve 25 years of supervised release, the report recommended that Defendant receive a five-year term of supervised release, to run concurrently to the 25-year term of supervised release ordered by Judge Pratt.  Herein lies the problem with this approach.  Upon revocation, the 25-year term of supervised release imposed by Judge Pratt no longer exists.  Therefore, rather than impose a five-year term of supervised release to run concurrently with the 25 years imposed by Judge Pratt, it is more appropriate for the Magistrate Judge to simply recommend the re-imposition of a 25 year term of supervised release.  As set forth in the November 23, 2016, Report and Recommendation, "the terms of Defendant's supervised release shall mirror the terms of supervised release ordered by Judge McKinney in *USA v. Jenkinson*, 1:16-CR-81, which are incorporated here by reference, and which Defendant acknowledged at the hearing he had reviewed and understood."  [Filing No. 55, at ECF p. 6.]

Accordingly, as set forth above, the November 23, 2016, Report and Recommendation is clarified and amended to recommend that Defendant receive 18 months imprisonment,

2

concurrent to the 140-month sentence Judge McKinney imposed in *USA v. Jenkinson*, 1:16-CR-81, followed by 25 years of supervised release, also to run concurrently with 1:16-CR-81.

Date:  1/12/2017

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.