**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:13-cr-00250-TWP-MJD |
| ) | |
| TYLER HERB JENKINSON, ) | |
| ) | |
| Defendant. ) | |

## ENTRY ADOPTING MAGISTRATE JUDGE'S
## AMENDED REPORT AND RECOMMENDATION

This matter is before the Court on the Government's Objection to the Magistrate Judge's Amended Report and Recommendation ([Filing No. 60](#)).

On November 23, 2016, the Magistrate Judge issued a Report and Recommendation on a petition alleging that Defendant Tyler Jenkinson violated the terms of his supervised release ([Filing No. 55](#)). On December 7, 2016, the Government filed its Notice of Appeal and of Objections to Findings ([Filing No. 56](#)), to which the Defendant responded on December 12, 2016 ([Filing No. 57](#)).

On January 12, 2017, the Magistrate Judge issued an Amended Report and Recommendation ([Filing No. 58](#)) clarifying and amending the November 23, 2016 Report and Recommendation to more clearly state the recommendation that Defendant receive an 18-month term of imprisonment, to be served concurrently with the 140-month term of imprisonment imposed by Judge McKinney, followed by 25 years of supervised release. On March 8, 2017, the Government filed its Objection to the Amended Report and Recommendation ([Filing No. 60](#)).

# I. LEGAL STANDARD

A district court may assign dispositive motions to a magistrate judge, in which case the magistrate judge may submit to the district judge only a report and recommended disposition, including any proposed findings of fact. *Schur v. L.A. Weight Loss Ctrs., Inc.*, 577 F.3d 752, 760 (7th Cir. 2009). *See* 28 U.S.C. § 636(b)(1)(B) and (C). "The magistrate judge's recommendation on a dispositive matter is not a final order, and the district judge makes the ultimate decision to adopt, reject, or modify it." *Schur*, 577 F.3d at 760. *See* 28 U.S.C. § 636(b)(1), and Local Criminal Rule 12.1. After a magistrate judge makes a report and recommendation, either party may object within fourteen days. 28 U.S.C. § 636(b)(1). Whenever any party files a timely and specific objection to a finding of fact by a magistrate, the district court has an obligation to conduct a de novo review of the record with respect to that factual issue. (citations omitted). As the use of the phrase de novo implies, the district court's consideration of the factual issue must be independent and based upon the record before the court.... [T]he factual conclusions reached by the district court are subject to a clearly erroneous standard of review on appeal.

# II. CONCLUSION

Pursuant to 28 U.S.C. § 636(b)(1), the Government's Objections to the Amended Report and Recommendation ([Filing No. 60](Filing No. 60)) are **OVERRULED**. The Court agrees with the Magistrate Judge's findings of fact and legal conclusions. Having reviewed for clear error the portions of the Report and Recommendation to which objections were made, the Court finds no error. The Amended Report and Recommendation ([Filing No. 58](Filing No. 58)), as clarified herein, is **ADOPTED** as the entry of the Court.

**SO ORDERED.**

Date: 10/18/2017

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

DISTRIBUTION:

Gwendolyn M. Beitz
INDIANA FEDERAL COMMUNITY DEFENDERS, INC.
gwendolyn.beitz@fd.org

Gayle Helart
UNITED STATES ATTORNEY'S OFFICE
gayle.helart@usdoj.gov

Kristina M. Korobov
UNITED STATES ATTORNEY'S OFFICE
kristina.korobov@usdoj.gov